# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 09-375 consolidated with 09-374 & 09-376

**CLEMENT MAYARD, ET AL.**

**VERSUS**

**TYLAN MEAUX, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20065746 C/W 20065173 C/W 20073298
HONORABLE DURWOOD W. CONQUE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ELIZABETH A. PICKETT**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Elizabeth A. Pickett, and J. David Painter, Judges.

**REVERSED AND REMANDED.**

**L. Katherine A. Theunissen**
**Mahtook & Lafleur**
**P. O. Box 3089**
**Lafayette, LA 70502**
**Counsel for Defendant/Appellant:**
    **Lafayette Consolidated Government**

**Don J. Hernandez**
**Christopher Siegrist**
**P. O. Box 24**
**Franklin, LA 70538**
**Counsel for Plaintiff/Appellant:**
    **Louis Robinson, Jr.**

**Edward B. Jones**
**Edward B. Jones  & Associates**
**P. O. Drawer 1807**
**Patterson, LA 70392**
**Counsel for Plaintiff/Appellant:**
     **Louis Robinson, Jr.**

**James Alan Harrell**
**Heather S. Duplantis**
**Karen Blakemore**
**Phelps Dunbar**
**P. O. Box 4412**
**Baton Rouge, LA 70821-4412**
**Counsel for Intervenor/Appellant:**
     **Lafayette Specialty Hospital, LLC**

**Thomas R. Hightower  Jr.**
**Patrick Wade Kee**
**Michael S. Harper**
**Attorneys at Law**
**P. O. Drawer 51288**
**Lafayette, LA 70505**
**Counsel for Defendant/Appellee:**
     **Lil D's Bar-B-Que, LLC**

**PICKETT, JUDGE.**

For the reasons set forth this day in the consolidated case, *Robinson v. Meaux*, 09-374 (La.App. 3 Cir. 11/__/09), __ So.3d ___, the summary judgment in favor of Lil D's Bar-B-Que, LLC, is reversed and the case is remanded for further proceedings.

**REVERSED AND REMANDED.**